UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION

OF                                    M.J.NO.
                                      05-876-MBB

GIOVANNI GAMBINO

## PROCEDURAL ORDER

**February 8, 2006**

**BOWLER, U.S.M.J.**

Giovanni Gambino ("the relator") is directed to advise this court within two business days whether he wishes to press the assertion in footnote six of the second supplemental memorandum which objects to the alleged fact that the three affidavits recently submitted by the government are not sworn or notarized.[1] This court notes that the second affidavit of Professor M. Cherif Bassiouni submitted recently by the relator (Docket Entry # 34, Ex. 1) also lacks a sworn declaration and/or a notarization. Finally, in the event the relator wishes to press this argument, the government is directed to address it within four business days.

　　　　　　　　　　　　　　　　　　/s/ Marianne B. Bowler
　　　　　　　　　　　　　　　　**MARIANNE B. BOWLER**
　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The affidavit of Sara Criscitelli is declared to be under the pains and penalties of perjury pursuant to 28 U.S.C. § 1746.